

# Fourth Court of Appeals
## San Antonio, Texas

### JUDGMENT

No. 04-16-00336-CV

**IN THE INTEREST OF M.S.M.**, a Child

From the 57th Judicial District Court, Bexar County, Texas
Trial Court No. 2014-PA-02012
Honorable Richard Garcia, Associate Judge Presiding

BEFORE CHIEF JUSTICE MARION, JUSTICE BARNARD, AND JUSTICE CHAPA

In accordance with this court's opinion of this date, the trial court's modification of appellant's child support obligation is REVERSED. We RENDER judgment reinstating appellant's child support obligation of $419 a month. The remainder of the trial court's judgment is AFFIRMED.

SIGNED December 14, 2016.

_____
Luz Elena D. Chapa, Justice